# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   JEANETTE VIA                              §            Case No.: 05-55012
                                                   §
                                                   §
         Debtor(s)                                 §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/14/2005, and was converted to chapter 13 on 05/18/2006.

2) This case was confirmed on 09/20/2006.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 07/21/2009.

6) Number of months from filing to the last payment: 38

7) Number of months case was pending: 43

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $  48,355.00

10) Amount of unsecured claims discharged without payment $  7,177.00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 24,325.00 |
| Less amount refunded to debtor | $ 456.10 |
| **NET RECEIPTS** | $ 23,868.90 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ .00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,612.14 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 1,612.14 |
| Attorney fees paid and disclosed by debtor | $ 1,100.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MYLER RUDDY & MCTAVI | OTHER | NA | NA | NA | .00 | .00 |
| CENTRAL MORTGAGE CO | SECURED | 71,500.00 | 35,094.98 | .00 | .00 | .00 |
| BEST BUY | UNSECURED | 2,000.00 | NA | NA | .00 | .00 |
| CITIBANK | UNSECURED | NA | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 306.00 | NA | NA | .00 | .00 |
| B-REAL LLC | UNSECURED | 9,000.00 | 8,188.78 | 8,188.78 | 8,188.78 | 1,137.88 |
| ECAST SETTLEMENT COR | UNSECURED | 11,900.00 | 11,352.59 | 11,352.59 | 11,352.59 | 1,577.51 |
| OFFICE MAX | UNSECURED | 1,200.00 | NA | NA | .00 | .00 |
| PITNEY BOWES | UNSECURED | 372.00 | NA | NA | .00 | .00 |
| MBNA AMERICA | UNSECURED | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | NA | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NA | NA | NA | .00 | .00 |
| FAIRWAY SERVICE | UNSECURED | NA | .00 | .00 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NA | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | NA | NA | NA | .00 | .00 |
| AT & T BANKRUPTCY | UNSECURED | NA | NA | NA | .00 | .00 |
| CITY OF ELGIN | UNSECURED | NA | NA | NA | .00 | .00 |
| 75 MARKET STREET LLC | UNSECURED | NA | NA | NA | .00 | .00 |
| ACTIVE EDUCATION | UNSECURED | NA | NA | NA | .00 | .00 |
| ARVEY PEDRX | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITI CARD | UNSECURED | 1,099.00 | NA | NA | .00 | .00 |
| CITI CARD | OTHER | .00 | NA | NA | .00 | .00 |
| CITIBANK | UNSECURED | 2,200.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
 ==============================================================================
| Scheduled Creditors:                                                         |
|                                                                              |
| Creditor                  Claim         Claim         Claim    Principal  Int.|
|   Name          Class   Scheduled     Asserted      Allowed      Paid     Paid|
|                                                                              |
| CITIBANK         OTHER        .00         NA           NA         .00      .00|
| FAIRWAY SERVICE  OTHER        .00         NA           NA         .00      .00|
| CHASE BANK N A   OTHER        .00         NA           NA         .00      .00|
| MBNA AMERICA     OTHER         NA         NA           NA         .00      .00|
| LTD FINANCIAL SERVIC OTHER    .00         NA           NA         .00      .00|
 ==============================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 19,541.37 | 19,541.37 | 2,715.39 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 1,612.14 |
| Disbursements to Creditors | $ | 22,256.76 |
| **TOTAL DISBURSEMENTS:** | $ | 23,868.90 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   12/03/2009                          /s/ Tom  Vaughn
                                              Tom  Vaughn, Chapter  13  Trustee

**STATEMENT**     : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**